■ WOODBURY HOLDING CORPORATION, Respondent, v. BARRY WOMEN'S SHOPS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.